UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00139-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SHAWN ADAM CHASE; and
2. DON MARTINEZ,

    Defendants.

## ORDER

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, June 15, 2009,** and responses to these motions shall be filed by **Friday, June 26, 2009.**  It is

    FURTHER ORDERED that a hearing on all pending motions, if necessary, will be requested by counsel at a later date.  It is

    FURTHER ORDERED that an 8-day jury trial is set for **Monday, July 20, 2009, at 9:00 a.m. in courtroom A-1002.**

Dated: May 19, 2009

                                 BY THE COURT:

                                 s/ Wiley Y. Daniel
                                 Wiley Y. Daniel
                                 Chief United States District Judge