IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00139-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.  DON MARTINEZ,

       Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown, it is hereby

ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce DON MARTINEZ, YOB 1959, before United States Magistrate Court, as soon as practicable, for a Change of Plea Hearing on June 4, 2009 upon the charges set forth in the indictment and to hold him at all times in his custody as an agent of the United States of America **only until conclusion of the Change of Plea Hearing scheduled for June 4, 2009 at 9:00 a.m. of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.**

Dated:  May 28, 2009

                                         BY THE COURT:

                                         s/ Wiley Y. Daniel
                                         Wiley Y. Daniel
                                         Chief United States District Judge