IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00139-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

1. SHAWN ADAM CHASE,
2. DON MARTINEZ,

    Defendants.

## ORDER REGARDING GRAND JURY TRANSCRIPTS OF WITNESS TESTIMONY

THE COURT has reviewed the Government's Motion to Disclose Grand Jury Transcripts of the Lay Witness testifying before the grand jury pertaining to the above captioned case. Being now advised, the Court finds and concludes that there is a particularized need to disclose the grand jury transcript of the lay witness.

Pursuant to Federal Criminal Procedure Rule 6(e)(3)(E)(I), Rule 16, and Rule 26.2, the government may furnish to the probation officer, Jeanette Woll, and each defense attorney a copy of this lay witness' transcript. It is hereby

ORDERED that the transcript furnished to the defense, and any copies of said transcripts prepared from such copies furnished to the defense, shall remain in the custody and control of the defense attorneys and confidential employees of said defense attorneys.

The defendant and other persons assisting said defense attorneys may review the transcripts or copies of the transcripts, but must do so without violating the rule that the transcript and any copies are to remain, at all times, under the custody and control of the defense attorneys.

Transcripts of grand jury testimony entered into evidence during proceedings of the Court shall be treated as being under seal except for official use by the Court and the staff of the Court until further order of the Court.

At the conclusion of the case, any transcripts provided to the defense pursuant to this order and any copies of such transcripts made are to be returned to the government.

A copy of this order shall be furnished to the defense attorney at the time the disclosure of any transcripts is made to such defense attorney pursuant to this order. It is so ordered.

Dated: June 10, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge