IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00139-WYD-02

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.  DON MARTINEZ,

       Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown, it is hereby

ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce DON MARTINEZ, Y.O.B. 1959, before a United States District Judge, as soon as practicable, for a Sentencing hearing on September 9, 2009 upon the charge set forth in the Indictment and to hold him at all times in his custody as an agent of the United States of America **only until conclusion of the Sentencing hearing scheduled for September 9, 2009 at 9:00 a.m. of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.**

Dated: August 28, 2009

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief United States District Judge