**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case Number 09-cr-00139-WYD-02

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DON MARTINEZ,

        Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE PRIOR TO ORIGINAL
EXPIRATION DATE**

---

      On November 2, 2012, the defendant commenced a three (3) year term of supervised release. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the defendant, Don Martinez, be discharged from supervised release. It is hereby

      ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

      DATED at Denver, Colorado, this 10th day of April, 2015.

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            _____
                                            WILEY Y. DANIEL
                                            Senior United States District Judge